IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NELDA ADKINS, JANEL SHOWERS, MARLA SEESE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHOENIX POLICE DEPARTMENT, JEFFREY PRICE, <br><br> Defendants. | Civ. No. 1:20-cv-00361-CL <br><br> JUDGMENT |

This action is DISMISSED.

DATED: 1/25/2021

                                        Mary L. Moran, Clerk

                                        By    /s/ Cathy Kramer
                                                   Deputy Clerk